**98–2557.   Pennsylvania Power Co. v. Tracy.**

Board of Tax Appeals, No. 95–K–49.   On motion to consolidate case with 98–2556, *supra.*   Motion granted.

Cook, J., not participating.

**98–2725.   State v. Hawkins.**

Montgomery App. No. 15706.   On motion for leave to file delayed appeal.   Motion denied.

Moyer, C.J., and Lundberg Stratton, J., dissent.

**99–165.   State ex rel. Forsyth v. Brigner.**

Montgomery App. No. 17467.   On emergency motion to vacate void judgment.   Motion denied.

**99–282.   State ex rel. Vornholt v. Ohio Dept. of Transp.**

In Mandamus.   On answer of respondent.   *Sua sponte,* alternative writ granted.

Lundberg Stratton, J., dissents and would dismiss the cause.

**99–379.   State v. Smith.**

Cuyahoga App. No. 75317.   On motion for leave to file delayed appeal.   Motion denied.

Pfeifer, J., dissents.

**99–396.   State v. Reaves.**

Hamilton App. No. C–970631.   On motion for leave to file delayed appeal.   Motion granted.

Resnick and F.E. Sweeney, JJ., dissent.

**99–401.   State v. Brown.**

Cuyahoga App. No. 74311.   On motion for leave to file delayed appeal.   Motion denied.

**99–422.   President & Bd. of Trustees of Ohio Univ. v. Smith.**

Athens App. No. 98CA11.   On motions for stay of judgment of court of appeals.   Motions denied.

**99–428.   DeRolph v. State.**

Perry C.P. No. 22043.   *Sua sponte,* this cause is consolidated with 95–2066, *DeRolph v. State,* Perry App. No. 94–CA–477, and appeals from the court of common pleas are permitted to be filed in the Supreme Court as direct appeals.

Moyer, C.J., and Douglas, J., would not consolidate 95–2066 and 99–428 but would also permit direct appeals to be filed in the Supreme Court.

Cook, J., dissents.

**99–429.   Gibson v. Meadow Gold Dairy.**

Franklin App. No. 98AP–282.   On review of order certifying a conflict.   The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Judgment Entry filed February 4, 1999:

"[I]t is the order of this court that the motion to certify the judgment of this court as being in conflict with the judgment of the Court of Appeals for Wayne County in *Johnson v. A.R.E., Inc.* (Jan. [21], 1998), Wayne App. No[s]. 97CA0005 [and 97CA0006], unreported [1998 WL 46801], is sustained, and, pursuant to Section 3(B)(4), Article IV, Ohio Constitution, the record of this case is certified to the Supreme Court of Ohio for review and final determination upon the following issue in conflict:

"Does R.C. 4123.65 apply to any and all settlements of a claim under R.C. [Title] 41, specifically settlements entered into while the claim is pending before a court of common pleas pursuant to R.C. 4123.512."

*Sua sponte,* cause consolidated with 99–122, *infra.*

F.E. Sweeney, J., dissents to the above orders.

## DISCRETIONARY APPEALS ALLOWED